Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Cyrus C. Chen #229682
Kutak Rock LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone:    (949) 417-0999
Facsimile:    (949) 417-5394
Email:        jeffrey.gerardo@kutakrock.com
Email:        steven.dailey@kutakrock.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>MICHAEL P. GUINGONA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA, FIRST AMERCIAN TRUSTEE SERVICES, LLC f/k/a FIRST AMERICAN LONASTAR TRUSTEE SERVICES, LLC and DOES 1-10<br><br>Defendants. | Case No.  C 10-03355 EMC<br><br>**STIPULATION RE: WELLS FARGO BANK N.A's RESPONSE TO COMPLAINT**<br><br>ORDER |

WHEREAS, Plaintiff filed his Complaint on or about July 30, 2010;

THE PARTIES HEREBY STIPULATE, by and through their attorneys of record herein, that WELLS FARGO BANK, N.A.'s response to the Complaint will be due to be served on or before September 22, 2010. The Stipulation is entered into without prejudice to any right, claim or defense of any party.

4823-1497-2423.1
14617-352

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

STIPULATION RE: WELLS FARGO BANK N.A'S RESPONSE TO COMPLAINT

**IT IS STIPULATED:**

Dated: August   , 2010                     Lazaro Law Group

By: _____
Johnson F. Lazaro
Attorneys for Plaintiff
MICHAEL P. GUINGONA

Dated: August 24, 2010                     Kutak Rock LLP

By: _____
Jeffrey S. Gerardo
Steven M. Dailey
Attorneys for Defendants
WELLS FARGO BANK, N.A.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4823-1497-2423.1
14617-352

- 2 -

STIPULATION RE: WELLS FARGO BANK N.A'S RESPONSE TO COMPLAINT